# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALONZO MILLER, III, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:22-cv-00552-AMM-SGC |
| JOSEPH H. HEADLEY, Warden, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on May 17, 2022, recommending this *pro se* petition for writ of habeas, filed pursuant to 28 U.S.C. § 2254, be dismissed for lack of jurisdiction as second or successive. Doc. 3. Although the magistrate judge advised the petitioner of his right to object, the court has not received any objections. *See id.* at 3–4.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this matter is dismissed for lack of jurisdiction as successive. Because successiveness is the basis of this decision, a ruling on a certificate of appealability is not required. *Osbourne v. Sec'y, Fla. Dep't of Corrs.*, 968 F.3d 1261, 1264 n.3 (11th Cir. 2020). A final judgment will be entered.

   
 

**DONE** and **ORDERED** this 9th day of June, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE